2

STATE OF MONTANA,
    Plaintiff,                              No. DC-03-68
vs.                                         Decision
JOHN T. BIGCRANE,
    Defendant.

On December 6, 2004, the defendant was sentenced to Forty (40) years in the Montana State Prison, with Twenty (20) years suspended, for the offense of Sexual Intercourse Without Consent, a felony.

On March 7, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Benjamin Anciaux. The state was not represented.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be amended to Forty (40) years in the Montana State Prison, with Twenty (20) years suspended, with no restrictions on parole eligibility. The terms and conditions shall remain as imposed in the October 6, 2004 Judgment.

Done in open Court this 7th day of March, 2005.